(November 9, 1967)

In the Matter of the Claim of SEIBERT W. BLAIR et al., Respondents. GENERAL MOTORS CORPORATION, Appellant.  MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— GIBSON, P. J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gibson, P. J.